IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| JACK H. AUSTIN, JR., | ) |
| Plaintiff and Counterclaim Defendant, | ) |
| v. | ) CASE NO. 1:16-cv-00176-JRH-BKE |
| UNITED STATES OF AMERICA, | ) |
| Defendant, Counterclaim Plaintiff, and Third Party Plaintiff, | ) |
| v. | ) |
| HETAL P. THAKORE and CARL HURD, | ) |
| Third-Party Defendants. | ) |

## ORDER

Upon consideration of the United States' motion for temporary stay of the proceedings in light of a Government lapse in appropriations,

**IT IS HEREBY ORDERED** that the proceedings and deadlines in this case shall be stayed until further notice by the Court.

**ORDER ENTERED** at _Augusta, Ga._, this _22nd_ day of January, 2018.

_____
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA