IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| JACK H. AUSTIN, JR., | * | |
| Plaintiff/Counterclaim Defendant, | * | |
| v. | * | CV 116-176 |
| UNITED STATES OF AMERICA, | * | |
| Defendant/Counterclaim Plaintiff/Third-Party Plaintiff, | * | |
| v. | * | |
| HETAL P. THAKORE, and CARL HURD, Third-Party Defendants. | * | |

**O R D E R**

Before the Court is the United States' unopposed motion to vacate stay. (Doc. 49.) Therein, the United States requests that the stay imposed by the Court's Order dated January 22, 2018 (doc. 48) be vacated. Upon due consideration, the Court **GRANTS** the United States' motion (doc. 49) and **VACATES** the **STAY** in the present case.

**ORDER ENTERED** at Augusta, Georgia, this 7th day of February, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA