IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| JACK H. AUSTIN, JR., <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant/Counterclaim Plaintiff/Third-Party Plaintiff, <br><br> v. <br><br> HETAL P. THAKORE, and CARL HURD, <br> Third-Party Defendants. | CV 116-176 |

### O R D E R

Before the Court is the parties' joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 54.) Accordingly, this matter shall be **DISMISSED WITHOUT PREJUDICE**. The Clerk is instructed to **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 23rd day of March, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA