# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

JACK H. AUSTIN, JR.,

    Plaintiff/Counterclaim Defendant,

v.

UNITED STATES OF AMERICA,

    Defendant/Counterclaim Plaintiff/Third-Party Plaintiff,

v.

HETAL P. THAKORE, and CARL HURD,

    Third-Party Defendants.

CV 116-176

# O R D E R

Before the Court is a motion by the United States to dismiss its claims against Defendant Carl Hurd pursuant to Federal Rule of Civil Procedure 41(a)(2). (Doc. 55.) Upon due consideration, the Court **GRANTS** the motion. Accordingly, this matter shall be **DISMISSED WITHOUT PREJUDICE**, and all of Defendant's pending motions are **DENIED AS MOOT** (docs. 21, 30, 31). The Clerk is instructed to **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 23rd day of March, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA